IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRELL NICHOLAS JONES,

    Plaintiff,

  v.

Case No. 19-cv-570-bbc

GEICO and PROGRESSIVE AUTO
INSURANCE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 8/26/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |